UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ASHANTE DOMINIQUE SEGUE, NATURAL TUTRIX OF HER MINOR SON, K. A. | * * * | CIVIL ACTION |
| VERSUS | * * | NO. |
| WALMART INC., JOHN OR JANE DOE, ABC REPAIR AND MAINTENANCE COMPANY, ABC WALK-IN FREEZER MANUFACTURING COMPANY, ABC INSURANCE COMPANY, DEF INSURANCE COMPANY, AND GHI INSURANCE COMPANY | * * * * * * * | JURY TRIAL |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL

**TO:** The Honorable Judges
of the United States District Court
for the Eastern District of Louisiana

Defendant, **Walmart Inc.** (hereinafter referred to as "Walmart"), files this Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441, and hereby removes this matter from Civil District Court for the Parish of Orleans, State of Louisiana, to the docket of this Honorable Court on the grounds set forth below:

1. Plaintiff filed her Petition for Damages on June 17, 2021, against Walmart; and the following fictitious defendants "John or Jane Doe," ABC Repair and Maintenance Company, ABC Walk-in-Freezer Manufacturing Company, and three insurance companies identified by random letters of the alphabet. (*See* Plaintiff's Petition for Damages, attached hereto and marked for identification as Exhibit "A").

2. Walmart Inc. was served through its agent for service of process, CT Corporation, with a copy of the Citation and Petition on July 6, 2021. (*See* CT Corporation Service of Process Transmittal Notice and Citation attached hereto *in globo* and marked for identification as Exhibit

"B.")

3. Plaintiff's complaint alleges that Gavan Amos is the deceased father of the minor child K. A.. Plaintiff has filed suit on behalf of her minor son, K. A. The suit is a wrongful death and wrongful survival action, which seeks damages, in part, from Walmart and "John or Jane Doe," a fictitious defendant, for personal injuries allegedly sustained by Gavin Amos and damages sustained by K. A. for the death of Gavin Amos as a result of an incident that occurred at the Wal-Mart store located in New Orleans, Louisiana, on or about June 17, 2020.

4. It is facially apparent from the petition, captioned "Petition for Damages and Damages for Wrongful Death" that the claim likely exceeds $75,000.00,

5. In Paragraphs 7 and 8 of Plaintiff's Petition, Plaintiff alleges that as a result of the alleged incident, Gavin Amos underwent knee surgery and then subsequently died on August 2, 2020 as a direct result of the injuries sustained in the accident of June 17, 2020.

6. With respect to the amount in controversy requirement, Walmart's removal is based on (1) Gavin Amos' alleged knee surgery; and (2) Gavin Amos' alleged death, both of which Plaintiff is relating to the subject incident.

7. Based on the allegations of the face of the Petition for Damages, Walmart contends that the amount in controversy exceeds $75,000.00, and therefore files this removal.

## I. REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332.

8. 28 U.S.C. § 1332 provides federal district courts with concurrent original jurisdiction in cases "where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between - (1) citizens of different States."

A.   **THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00.**

9. The Fifth Circuit has explained that for purposes of establishing removal jurisdiction, a defendant may demonstrate that the amount in controversy exceeds $75,000.00, "in either of two ways: (1) by demonstrating that it is 'facially apparent' from the petition that the claim likely exceeds $75,000.00 or (2) 'by setting forth *the facts* in controversy-preferably in the removal petition, but sometimes by affidavit-that support a finding of the requisite amount.'" *Grant v. Chevron Phillips Chemical Co.*, 309 F.3d 864, 868 (5th Cir. 2002) (*italics* in original) (quoting *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir.1995)).

10. The Petition for Damages alleges that as a result of the alleged incident, Gavin Amos underwent knee surgery and then subsequently died on August 2, 2020.

11. Plaintiff's Petition for Damages does not offer a binding stipulation that plaintiff will not seek to enforce any judgment that may be awarded in excess of $75,000.00, as would be required pursuant to *Davis v. State Farm*, No. 06-560, slip op. (E.D. La. June 7, 2006).

12. While Walmart admits no liability, nor any element of damages, Walmart has met its burden of showing that the amount in controversy is in excess of SEVENTY-FIVE THOUSAND AND 00/100 DOLLARS ($75,000.00), exclusive of interest and costs.

B.   **COMPLETE DIVERSITY**

13. Defendant, Walmart Inc., is a Delaware corporation with its principal place of business in Bentonville, Arkansas, which is a publicly held company.

14. Plaintiff is a resident of and domiciled in St. Bernard Parish, State of Louisiana.

15. Defendant "John or Jane Doe" is a *fictitious* defendant, whose citizenship should be disregarded under 28 U.S.C. § 1441(b)(1).

16. ABC Repair and Maintenance Company, ABC Walk-in-Freezer Manufacturing Company, ABC Insurance Company, DEF Insurance Company, and GHI Insurance Company are all fictitious defendants, whose citizenship should be disregarded under 28 U.S.C. § 1441(b)(1).

17. Accordingly, there is complete diversity of citizenship between the plaintiff and the defendants.

18. This is a civil action over which the United States District Court for the Eastern District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. § 1332, *et seq.*, as the amount in controversy, evidenced by the face of the Petition, exceeds SEVENTY-FIVE THOUSAND AND 00/100 DOLLARS ($75,000.00), exclusive of interest and costs, and complete diversity exists between all adverse parties.

II. **WALMART HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL**

19. Walmart was served with the Petition through its agent for service of process, CT Corporation Systems, on July 6, 2021.

20. The other named defendants have not yet been served as Plaintiff has withheld service onto them.

21. It is facially apparent from the petition for that the claim likely exceeds $75,000.00 because it alleges that as a result of the alleged incident, Gavin Amos underwent knee surgery and then subsequently died on August 2, 2020.

22. This Notice of Removal is being filed within thirty (30) days after Walmart was served with the Petition through its agent for service of process, CT Corporation Systems, on July 6, 2021.

23. Jurisdiction is founded in the existence of diversity jurisdiction under 28 U.S.C. §

1332, which grants federal courts concurrent original jurisdiction over claims where the matter in controversy exceeds the sum or value of SEVENTY-FIVE THOUSAND AND 00/100 DOLLARS ($75,000.00), exclusive of interest and costs, and is between citizens of different States.

24. Civil District Court for the Parish of Orleans, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(a). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

25. No previous application has been made by Walmart in this case for the relief requested herein.

26. Pursuant to 28 U.S.C. § 1446(a), a copy of the Petition is attached hereto as Exhibit "A." Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for plaintiff, and a copy is being filed with the Clerk of Court for Civil District Court for the Parish of Orleans, State of Louisiana.

27. Walmart desires and is entitled to a **trial by jury** of all issues herein.

WHEREFORE, Defendant, Walmart Inc., hereby removes this action from Civil District Court for the Parish of Orleans, State of Louisiana, to the docket of the United States District Court for the Eastern District of Louisiana.

*Signature and Certificate of Service on next page.*

Respectfully submitted,

*/s/ Christopher James-Lomax*
**SIDRO RENÉ DEROJAS (#18182)**
**DEVIN FADAOL (#26878)**
**CHRISTOPHER JAMES-LOMAX (#37174)**
**McCRANIE, SISTRUNK, ANZELMO,**
  **HARDY, McDANIEL & WELCH, LLC**
909 Poydras Street, Suite 1000
New Orleans, LA  70112
Telephone:  (504) 831-0946
Facsimile:  (504) 831-2492
Email:  ird@mcsalaw.com
Email:  cdf@mcsalaw.com
Email:  cjl@mcsalaw.com
*ATTORNEYS FOR DEFENDANT, WALMART INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system this 3rd day of August, 2021.

*/s/ Christopher James-Lomax*